UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br>JOHN MAYFIELD BRAZIER, III,<br><br>　　　　　　Debtor. | CASE NO. C17-1526JLR<br><br>Bankruptcy Case No.<br>17-10187CMA<br><br>ORDER TO SHOW CAUSE |
| JOHN MAYFIELD BRAZIER, III,<br><br>　　　　　　Appellant,<br>　　v.<br><br>RONALD G. BROWN,<br><br>　　　　　　Appellee. | |

　　　The court ORDERS Appellant John Mayfield Brazier, III to show cause no later than ten (10) days from the entry of this order why this bankruptcy appeal should not be dismissed for failure to pay the filing fee, file the Appellant Designation of Record, and

file the Appellant Statement of Issues, and accordingly, the failure to provide a complete record for the purposes of appeal.  (*See* Not. of Deficiency (Dkt. # 6) at 1); Fed. R. Bankr. P. 8009(a)(1), 8009(b)(1); *In re Morrissey*, 349 F.3d 1187, 1189-91 (9th Cir. 2003).  Mr. Brazier must limit his response, if any, to no more than three (3) pages.  Appellee Ronald G. Brown may, but is not required to, file a response to the court's order to show cause subject to the same deadline and page limitation.

Dated this 21st day of November, 2017.

JAMES L. ROBART
United States District Judge